IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BYRON W. TURNER                                                                                          PLAINTIFF

v.                                       Case No. 2:12-CV-02114

GRAPHIC PACKAGING INTERNATIONAL, INC.                                        DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendant Graphic Packaging International, Inc.'s motion for summary judgment (Doc. 27) is GRANTED.  Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE